UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERNEST MYERS,

    Petitioner,

v.            405CV222

HUGH A. SMITH, Warden,

    Respondent.

## O R D E R

28 U.S.C. § 2254 petitioner Ernest Myers's motion (doc. # 17) for an extension of time within which to respond to the Magistrate Judge's Report and Recommendation (R&R) is **GRANTED**. For that matter, Myers filed his Objections on 10/4/06. doc. # 18. Meanwhile, the Court has carefully reviewed the R&R *de novo* and **ADOPTS** it as the opinion of this Court. Accordingly, petitioner Ernest Myers's § 2254 petition (doc. # 1) is **DENIED** and this case is now **CLOSED**.

This 13 day of October, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA